JOHN M. STEARNS, RESPONDENT, *v.* VERONICA WELSH, APPELLANT.

*Sale under foreclosure — adjournment of — advertisement — Motion to set aside sale, because of failure to — must be addressed to discretion of court — Rule 74.*

APPEAL from an order made at a Special Term, denying the defendant's motion to set aside the sale of the premises, described in the decree of foreclosure in the above action, on the ground of

failure or omission of the referee to advertise said sale, and the adjournment thereof, as required by law and the rules and practice of this court.

The court at General Term say : " Rule 74 does not require the publication of adjournments. The adjournment may be for a time so short as not to allow any publication to be made, in which case none clearly could be made. If it be for a longer period, then, whether any publication thereof should have been made, or whether the one actually made was sufficient, must depend on the circumstances of each particular case. The omission of publication in any case does not entitle any person, as matter of legal right, to avoid the sale. An application for that purpose must be addressed to the discretion of the court to be exercised in furtherance of justice. As the application in this case was made solely upon the ground of irregularity, we think it was properly denied."

*C. C. Egan,* for the appellant. *J. Milton Stearns, Jr.,* for the respondent.

Opinion by GILBERT, J.

Present — BARNARD, P. J., GILBERT and DYKMAN, JJ.

Order affirmed, with costs and disbursements.